# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
August 24, 2015

In re:

Benjamin Bruno
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–8200

Melisa Hernandez
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–5356

Case Number: 14–22482 amn
Chapter: 13

Debtor(s)

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **September 24, 2015** at **02:00 PM** to consider and act upon the following matter(s):

**Objection to Claim 7 Filed by Debtor Benjamin Bruno (Re: Doc #20)**

**Objection to Claim 8 Filed by Debtor Melisa Hernandez (Re: Doc #21)**

**Objection to Claim 12 Filed by Debtor Benjamin Bruno (Re: Doc #22)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: August 24, 2015

For the Court

Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lad

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the hearing, you should contact the Courtroom Deputy for the presiding judge.

Gary M. Gfeller, Clerk of Court